**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000811
20-APR-2017
08:33 AM**

NO. CAAP-16-0000811

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
MIKENZIE JOEL, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DTC-16-032024)

ORDER DISMISSING THE APPEAL
PURSUANT TO HRAP RULES 12.1(e) and 30
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On November 15, 2016, Defendant-Appellant Mikenzie Joel (Appellant), pro se, filed a notice of appeal;

(2) On January 12, 2017, the district court clerk filed the record on appeal;

(3) On January 25, 2017, the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before February 6, 2017, and March 6, 2017, respectively;

(4) Appellant did not file either document or request an extension of time;

(5) On March 29, 2017, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on April 10, 2017, for appropriate action, which could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellant may request relief from default by motion; and

(6) Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, April 20, 2017.

Presiding Judge

Associate Judge

Associate Judge

-2-